# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AARON HURST

NO. 2024 KW 0828

OCTOBER 2, 2024

---

In Re:     State of Louisiana, applying for supervisory writs, 20th
           Judicial District Court, Parish of East Feliciana, No.
           21-CR-000783.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**

   **Hester, J.,** dissents and would grant the application. On a motion to sever, the burden is on the defendant. The trial court must be satisfied by convincing evidence that justice requires a severance. **State v. Bradbury,** 367 So.2d 745, 747 (La. 1978). The mere unsupported allegation that defenses will be antagonistic is not sufficient to require a severance. **State v. Prudholm,** 446 So.2d 729, 741 (La. 1984). Further, justice does not require severance where only the extent of each defendant's participation in the offense is at issue. **State v. Gaskin,** 412 So.2d 1007, 1012 (La. 1982); **State v. Robertson,** 509 So.2d 98, 100 (La. App. 1st Cir. 1987). Here, I find the respondent's mere allegation of antagonistic defenses is not sufficient to meet his burden of proving he will be prejudiced if jointly tried with his co-defendant.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT